# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER BARNETT,** ) | |
| ) | |
|    Plaintiff - Appellant/Cross-Appellee, ) | |
| ) | |
| vs. ) | Case No. 18-CV-00064-TCK-FHM |
| ) | |
| **HALL, ESTILL, HARDWICK, GABLE,** ) | |
| **GOLDEN & NELSON, P.C.; J. KEVIN** ) | |
| **HAYES, Special Administrator of the** ) | |
| **Estate of John Patrick Cremin;** ) | |
| **JOHNATHAN L. ROGERS;** ) | |
| **UNIVERSITY OF TULSA, a private** ) | |
| university, ) | |
| ) | |
|    Defendants-Appellees/Cross-Appellants. ) | |

| | |
|---|---|
| **CHRISTOPHER BARNETT,** ) | |
| ) | |
|    Plaintiff - Appellee, ) | |
| ) | |
| vs. ) | Case No. 18-CV-00064-TCK-FHM |
| ) | |
| **HALL, ESTILL, HARDWICK, GABLE,** ) | |
| **GOLDEN & NELSON, P.C.; J. KEVIN** ) | |
| **HAYES, Special Administrator of the** ) | |
| **Estate of John Patrick Cremin;** ) | |
| **JOHNATHAN L. ROGERS,** ) | |
| ) | |
|    Defendants-Appellants, ) | |
| ) | |
| and ) | |
| ) | |
| **UNIVERSITY OF TULSA,** ) | |
| ) | |
|    Defendant. ) | |

1

| | |
|---|---|
| CHRISTOPHER BARNETT, | ) |
|    Plaintiff - Appellee, | ) ) ) |
| vs. | ) ) Case No. 18-CV-00064-TCK-FHM |
| UNIVERSITY OF TULSA, | ) ) |
|    Defendant - Appellant, | ) ) |
| and | ) ) |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.; J. KEVIN HAYES, Special Administrator of the Estate of John Patrick Cremin; JOHNATHAN L. ROGERS, | ) ) ) ) ) ) |
|    Defendants. | ) |

## OPINION AND ORDER

Pursuant to the Mandate issued by the Tenth Circuit Court of Appeals on May 12, 2020 (Doc. 72), affirming in part and reversing in part the judgment entered on August 23, 2018 (Doc. 51), this Court remands the state-law claims to the Tulsa County District Court of Oklahoma, and finds the Defendants' cross-appeal request for attorney fees, costs, expenses, and sanctions under the OCPA denied as moot.

**IT IS SO ORDERED** this 13th day of May, 2020.

*/s/ Terence C. Kern*
TERENCE C. KERN
United States District Judge